John and Carol KANE, and Margaret
Foulke, Plaintiff Below,
Appellant,

v.

Charles L. WILLLIAMS, Defendant
Below, Appellee.

No. 595, 2016

Supreme Court of Delaware.

Submitted: June 14, 2017
Decided: June 30, 2017

Court Below—Court of Chancery of the
State of Delaware, C.A. No. 9667

AFFIRMED.

Howard WALSH, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 1, 2017

Supreme Court of Delaware.

Submitted: May 12, 2017
Decided: June 30, 2017

Court Below: Superior Court of the
State of Delaware, Cr. ID No. 14110004172
(N)

AFFIRMED.

GOODCENTS HOLDINGS, INC.,
Respondent Below–
Appellant,

v.

Janet G. WATTS, Chapter 11 Trustee of
the Estate of Dalford Lynn England
and Clayt Mason, Petitioners Below–
Appellees.

No. 272, 2017

Supreme Court of Delaware.

Submitted: July 6, 2017

Decided: July 13, 2017

Court Below: Court of Chancery of the
State of Delaware, C.A. No. 11723

REFUSED.